**FILED**
MAR 22 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 12-75 (RJL) |
| v. | : | |
| **ARSALAN SHEMIRANI,** | : | (UNDER SEAL) |
| **Defendant.** | : | |

## GOVERNMENT'S MOTION FOR AN
## ORDER TO SEAL INDICTMENT WITH LIMITED EXCEPTIONS

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves this Honorable Court, pursuant to Fed. R. Cr. P. 6(e)(4), to place under seal until further order of the Court the Indictment in the above-captioned case, as well as sealing this Motion and the Court's Order sealing the aforementioned documents. In support of its motion, the government states as follows:

An indictment may be sealed pursuant to Rule 6(e)(4) for any legitimate prosecutorial reason, including, primarily as recognized by the Rule itself, to take the defendant into custody and bring him before the court. See United States v. Michael, 180 F.2d 55, 57 (3d Cir. 1949); see also United States v. Sharpe, 995 F.2d 49 (5th Cir. 1993); United States v. Southland Corp., 760 F.2d 1366, 1379-80 (2d Cir. 1985); United States v. Lyles, 593 F.2d 182 (2d Cir. 1979).

The defendant is believed to be a citizen of Iran, and to reside in Canada. He is presently incarcerated in New York State on narcotics related charges, but is scheduled to be released on or about April 6, 2012. The premature public disclosure of the Indictment could adversely impact

United States law enforcement efforts to bring the defendant before this Court. If the defendant were to learn of the Indictment, he would likely flee, possibly causing his whereabouts to become unknown to law enforcement. The government therefore requests sealing of the Indictment and related filings, with the below-noted exception, in the interest of the government's efforts to bring the defendant before the court to face the instant charges.

The government requests that the court exercise its discretion with regard to the parameters of the sealing order to permit these limited disclosures. See generally Globe Newspaper v. Superior Court, 457 U.S. 596, 606-07 (1982); Press-Enterprise Co. v. Superior Court, 464 U.S. 501, 510 (1985); Washington Post v. Robinson, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991). The government requests permission to disclose the existence and contents of the Indictment in the above-captioned matter to appropriate representatives of the United States and, if necessary, of other countries concerned, to the extent that such disclosure is in furtherance of efforts to obtain custody of the defendant for prosecution in the United States, including but not limited to entering a Red Notice in the Interpol system. Entry of a Red Notice in the Interpol system might be necessary at some point in order to apprehend the defendant, as an Interpol Red Notice is recognized by the authorities in many countries as a legal basis for a provisional detention. The need to coordinate with foreign governments and Interpol is clearly a legitimate and compelling prosecutorial reason upon which this Court may fashion an order to seal the Indictment.

Because the defendant might be arrested and first presented in another judicial district, it is requested that the Court's order permit unsealing of the Indictment, this Motion to Seal and any related Order to Seal by any United States District Court Judge or any United States

Case 1:12-cr-00075-RJL Document 2 Filed 03/22/12 Page 3 of 3

Magistrate Judge, in any district, upon oral motion of the United States.

WHEREFORE, for all the foregoing reasons, the United States respectfully requests that the Court issue an Order sealing (except to the limited extent specified herein) the Indictment returned in this matter on March 22, 2012, as well as sealing this Motion and the Court's Order, until further order of this Court or another Court. A proposed Order is submitted herewith.

Respectfully submitted,

RONALD C. MACHEN, JR.
UNITED STATES ATTORNEY

*Robert Bowman*
Robert Bowman
D.C. Bar Number 417176
National Security Section
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-7095
Robert.Bowman@usdoj.gov

*Brandon L. Van Grack*
Brandon L. Van Grack
D.C. Bar Number 980288
U.S. Department of Justice
National Security Division
600 E Street, NW
Washington, D.C. 20004
Phone: (202) 233-2252
Brandon.Van.Grack@usdoj.gov

3