# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 12-075 (RJL) |
| ARSALAN SHEMIRANI | (UNDER SEAL) |

## DEFENDANT'S AMENDED MEMORANDUM IN AID OF SENTENCING

Arsalan Shemirani, through his undersigned counsel, respectfully submits this Amended Memorandum in Aid of Sentencing.

In his Memorandum, Section VII, Defendant requested this Court to grant a variance due to two months of the Defendant's incarceration in the New York Drug case.

In making this request, and in the supporting statements made in his Memorandum (pages 28-31), there was no intention on the part of the Defendant or his counsel to suggest or in anyway indicate that any Department of Justice attorney, including Robert Bowman and Brandon Van Grack, were in anyway complicit with the three Border Patrol Agents who incorrectly testified that the Defendant was alone in his car when crossing the U.S. Border on October 28, 2010. The Defendant, and his counsel, have never had any information that any Department of Justice attorney was aware of this testimony until it was brought to the attention of the Prosecutors in this case by the undersigned many months after the trial.

Upon further consideration, the Defendant hereby withdraws his request made in Section VII for a variance due to his two months of incarceration in New York State in connection with the drug trial.

175304_1.DOC

DATED: July 3, 2013

Respectfully submitted,

/s/ Robert M. Adler
Robert M. Adler
Nossaman LLP
1666 K Street, N.W., Suite 500
Washington, DC  20006
*Attorneys for Defendant*
Telephone:  (202) 887-1400
Facsimile:  (202) 466-3215

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2013, a copy of the foregoing was served by email and by first-class mail postage prepaid upon the following:

>Courtney D. Spivey
>Assistant U.S. Attorney
>United States Attorney's Office
>National Security Section
>555 4th St., N.W.
>Washington, D.C. 20530
>
>Brandon L. Van Grack
>U.S. Department of Justice
>National Security Section
>555 4th St., N.W.
>Washington, D.C. 20530

Robert M. Adler